In the Matter of the Transfer Tax upon the Estate of OTTO LIND, Deceased.

WILLIAM M. HOES, Public Administrator of the County of New York; Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Lind*, 132 App. Div. 321, affirmed.

(Argued November 9, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1909, which reversed an order of the New York County Surrogate's Court suspending taxation upon the shares of persons entitled to share in decedent's estate until the time

such persons are discovered and ascertained and directed that such shares be taxed at the rate of five per centum.

*J. Warren Greene, Frederic C. Gladden* and *Frank W. Arnold* for appellant.

*Millard H. Ellison* for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.